### Wade JOHNSON v. STATE.
#### I Div. 773.

Supreme Court of Alabama.
April 13, 1933.

Rehearing Denied May 18, 1933.

Frank G. Horne, of Atmore, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

696

BOULDIN, Justice.

Petition of Wade Johnson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Johnson v. State, 25 Ala. App. 365, 146 So. 627.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.